MELVIN D. TUCKER et al., Appellants, *v.* THE SUPREME TENT OF THE KNIGHTS OF THE MACCABEES OF THE WORLD, Respondent.

*Tucker* v. *Supreme Tent K. of M.*, 128 App. Div. 918, affirmed.
(Argued March 25, 1910; decided April 8, 1910.)

APPEAL from a judgment entered December 30, 1908, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiffs upon the verdict in their favor at the Trial Term for the amount of defendant's offer of judgment in an action to recover upon a certificate of life insurance.

*Arthur W. Hickman* and *Frederic C. Rupp* for appellants.

*George P. Keating*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and HISCOCK, JJ. Not sitting: HAIGHT, J.

---

VERYL PRESTON, Appellant, *v.* UNION ASSURANCE SOCIETY, Respondent.

*Preston* v. *Union Assurance Society*, 130 App. Div. 896, affirmed.
(Argued March 25, 1910; decided April 8, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1909, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial in an action to recover on a policy of fire insurance.

*Graham Sumner* for appellant.

*Charles D. Cleveland* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.